**Titus Alphonso GADDY, Plaintiff—Appellant,**

v.

**C.A. HARRELL, Doctor; Nicole Cozairer, Pharmacist, Defendants—Appellees.**

No. 10–6964.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 30, 2010.

Decided: Dec. 7, 2010.

Titus Alphonso Gaddy, Appellant Pro Se. Elizabeth Pharr McCullough, Kelly Elizabeth Street, Young, Moore & Henderson, PA, Raleigh, North Carolina, for Appellees.

Before WILKINSON, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Titus Gaddy appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Gaddy v. Harrell,* No. 1:08–cv–00097–

JAB–PTS, 2010 WL 2640588 (M.D.N.C. June 29, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*